## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

NETCHOICE,

*Plaintiff,*

V.

CASE NO. 5:25-CV-05140-TLB

TIM GRIFFIN, in his official capacity as Attorney General of Arkansas; TODD MURRAY; SONIA FONTICIELLA HAGOOD; DEVON HOLDER; BRANDON CARTER; JEFF PHILLIPS; WILL JONES; TERESA HOWELL; BEN HALE; CONNIE MITCHELL; DAN TURNER; JANA BRADFORD; FRANK SPAIN; TIM BLAIR; S. KYLE HUNTER; DANIEL SHUE; JEFFREY ROGERS; DAVID ETHREDGE; TOM TATUM, II; DREW SMITH; REBECCA REED MCCOY; MICHELLE C. LAWRENCE; DEBRA BUSCHMAN; ROBERT T. (TONY) ROGERS; BRYAN SEXTON; CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and CHUCK GRAHAM, each in his or her official capacity as a prosecuting attorney for the State of Arkansas,

*Defendants.*

## DEFENDANTS' NOTICE OF APPEAL

Defendants Tim Griffin, in his official capacity as Attorney General of Arkansas; Todd Murray; Sonia Fonticiella Hagood; Devon Holder; Brandon Carter; Jeff Phillips; Will Jones; Teresa Howell; Ben Hale; Connie Mitchell; Dan Turner; Jana Bradford; Frank Spain; Tim Blair; S. Kyle Hunter; Daniel Shue; Jeffrey Rogers; David Ethredge; Tim Tatum, II; Drew Smith; Rebecca Reed McCoy; Michelle C. Lawrence; Debra Buschman; Robert T. Rogers; Bryan Sexton; Carol Crews; Kevin Holmes; Chris Walton; and Chuck Graham, each in his or her official capacity as prosecuting attorney for the State of Arkansas, appeals to the United States Court of Appeals, for the Eighth Circuit from the Memorandum Opinion and Order entered on December 15, 2025, ECF No. 47. *See* 28 U.S.C. 1292(a)(1) (providing that courts of appeals have jurisdiction of appeals from interlocutory orders of district courts granting injunctions).

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Laura Purvis
       Ark. Bar No. 2023239
       Assistant Attorney General

       Arkansas Attorney General's Office
       101 West Capitol Avenue
       Little Rock, AR 72201
       (501) 320-3085
       (501) 682-2591 fax
       laura.purvis@arkansasag.gov

*Counsel for Defendants*

1