**TRANSMITTAL SHEET**

**TO**:  Clerk, 8th Circuit Ct of Appeals                    Date:  February 23, 2026

**From**:  Clerk, Western District of Arkansas,  Fayetteville Division

**Appeal No.**  26-01096

**District Court No**. 5:25-cv-05140-TLB

**Case Style**: NetChoice v. Griffin et al

**TRANSMITTED HEREWITH:**

| Document Number | Document Title |
|---|---|
| 45 | Transcript:  Preliminary Injunction Hearing, 10/28/25 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Comments:   SENT via email