UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NETCHOICE,

         *Plaintiff,*

V.

TIM GRIFFIN, in his official capacity as Attorney
General of Arkansas; TODD MURRAY; SONIA
FONTICIELLA HAGOOD; DEVON HOLDER; BRANDON
CARTER; JEFF PHILLIPS; WILL JONES; TERESA
HOWELL; BEN HALE; CONNIE MITCHELL; DAN
TURNER; JANA BRADFORD; FRANK SPAIN; TIM BLAIR;
S. KYLE HUNTER; DANIEL SHUE; JEFFREY ROGERS;
DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;
REBECCA REED MCCOY; MICHELLE C. LAWRENCE;
DEBRA BUSCHMAN; ROBERT T. (TONY) ROGERS;
BRYAN SEXTON; CAROL CREWS; KEVIN HOLMES;
CHRIS WALTON; and CHUCK GRAHAM, each in his or
her official capacity as a prosecuting attorney for the
State of Arkansas,

         *Defendants.*

CASE NO. 5:25-CV-05140-TLB

DEFENDANTS' NOTICE OF APPEAL

All Defendants, including Tim Griffin, in his official capacity as Attorney General of Arkansas; Todd Murray, Sonia Fonticiella Hagood, Devon Holder, Brandon Carter, Jeff Phillips, Will Jones, Teresa Howell, Ben Hale, Connie Mitchell, Dan Turner, Jana Bradford, Frank Spain, Tim Blair, S. Kyle Hunter, Daniel Shue, Jeffrey Rogers, David Ethredge, Tim Tatum, II, Drew Smith, Rebecca Reed McCoy, Michelle C. Lawrence, Debra Buschman, Robert T. Rogers, Bryan Sexton, Carol Crews, Kevin Holmes, Chris Walton, and Chuck Graham, each in his or her official capacity as prosecuting attorney for the State of Arkansas, appeal to the United States Court of Appeals for the Eighth Circuit from the Memorandum Opinion and Order entered on April 20, 2026, ECF No. 69. *See* 28 U.S.C. 1292(a)(1) (providing that courts of appeals have jurisdiction of appeals from interlocutory orders of district courts granting injunctions).

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Laura Purvis
Ark. Bar No. 2023239
Assistant Attorney General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
(501) 320-3085
(501) 682-2591 fax
laura.purvis@arkansasag.gov

*Counsel for Defendants*

1