**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**NETCHOICE**                                                                    **PLAINTIFF**

**V.**                                     **CASE NO. 5:25-CV-5140**

**TIM GRIFFIN, in his Official Capacity**
**as Attorney General of Arkansas** *et al.*                    **DEFENDANTS**

## ORDER STAYING DISCOVERY

The parties have filed a joint motion to stay discovery while Defendants' interlocutory appeals of the Court's preliminary injunction orders are pending (Doc. 72). The Court finds that the requested stay will advance the interests of efficiency and judicial economy, and the motion is therefore **GRANTED**. Discovery will be stayed until the Eighth Circuit release opinions in the two interlocutory appeals, at which time the parties will have 30 days to file a joint status report with this Court detailing their proposed discovery deadline, motions deadline, and bench trial date.

**IT IS SO ORDERED** on this 7th day of May, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE