# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 18, 2026

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

RE:  26-1962 NetChoice v. Tim Griffin, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

This case is consolidated with case no. 26-1096, NetChoice v. Tim Griffin, et al, for the purpose of briefing and submission to court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a consolidated briefing schedule for the case(s), a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc:    Barrett Lee Anderson
Jordan Broyles
Katherine Church Campbell
Paul D. Clement
Clerk, U.S. District Court, Western Arkansas
Mary Erica Crouse
Joseph J. DeMott
Philip Hammersley
Shana Leding
Erin Murphy
Joseph C. Nelson
Marshall S. Ney
Autumn Hamit Patterson
James Y. Xi

District Court/Agency Case Number(s):   5:25-cv-05140-TLB

**Caption For Case Number:   26-1962**

NetChoice

        Plaintiff - Appellee

v.

Tim Griffin, In his official capacity as Attorney General of Arkansas; Todd Murray, In their official capacity as a prosecuting attorney for the State of Arkansas; Sonia Eileen Fonticiella, In their official capacity as a prosecuting attorney for the State of Arkansas; Devon Holder, In their official capacity as a prosecuting attorney for the State of Arkansas; Brandon T. Carter, In their official capacity as a prosecuting attorney for the State of Arkansas; Jeff Phillips, In their official capacity as a prosecuting attorney for the State of Arkansas; Will Jones, In their official capacity as a prosecuting attorney for the State of Arkansas; Teresa Howell, In their official capacity as a prosecuting attorney for the State of Arkansas; Ben Hale, In their official capacity as a prosecuting attorney for the State of Arkansas; Connie Mitchell, In their official capacity as a prosecuting attorney for the State of Arkansas; Dan Turner, In their official capacity as a prosecuting attorney for the State of Arkansas; Jana Bradford, In their official capacity as a prosecuting attorney for the State of Arkansas; Frank Spain, In their official capacity as a prosecuting attorney for the State of Arkansas; Tim Blair, In their official capacity as a prosecuting attorney for the State of Arkansas; S. Kyle Hunter, In their official capacity as a prosecuting attorney for the State of Arkansas; Daniel Shue, In their official capacity as a prosecuting attorney for the State of Arkansas; Jeffrey C. Rogers, In their official capacity as a prosecuting attorney for the State of Arkansas; David Ethredge, In their official capacity as a prosecuting attorney for the State of Arkansas; Tom Tatum, II, In their official capacity as a prosecuting attorney for the State of Arkansas; Drew Smith, In their official capacity as a prosecuting attorney for the State of Arkansas; Rebecca Reed McCoy, In their official capacity as a prosecuting attorney for the State of Arkansas; Michelle Lawrence, In their official capacity as a prosecuting attorney for the State of Arkansas; Debra Buschman, In their official capacity as a prosecuting attorney for the State of Arkansas; Robert T. Rogers, In their official capacity as a prosecuting attorney for the State of Arkansas, also known as Tony Rogers; Bryan Sexton, In their official capacity as a prosecuting attorney for the State of Arkansas; Carol Crews, In their official capacity as a prosecuting attorney for the State of Arkansas; Kevin Holmes, In their official capacity as a prosecuting attorney for the State of Arkansas; Chris Walton, In their official capacity as a prosecuting attorney for the State of Arkansas; Chuck Graham, In their official capacity as a prosecuting attorney for the State of Arkansas

        Defendants - Appellants

**Addresses For Case Participants:   26-1962**

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Barrett Lee Anderson
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Jordan Broyles
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Katherine Church Campbell
FRIDAY & ELDREDGE
Suite 301
3350 S. Pinnacle Hills Parkway
Rogers, AR  72758

Paul D. Clement
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Mary Erica Crouse
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Joseph J. DeMott
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Philip Hammersley
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Shana Leding
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Erin Murphy
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

Joseph C. Nelson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Marshall S. Ney
FRIDAY & ELDREDGE
Suite 301
3350 S. Pinnacle Hills Parkway
Rogers, AR  72758

Autumn Hamit Patterson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

James Y. Xi
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314